| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF NEW JERSEY |
| Case number *(if known)* _____ Chapter __11__ |
| ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **George Xenakis D.D.S., Palisades Park LLC** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | **DBA  United Dental Group**  **DBA  U&D Dental** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **46-5720642** |
| 4. | **Debtor's address** | **Principal place of business**  **261a Broad Ave**  **Palisades Park, NJ 07650**  Number, Street, City, State & ZIP Code  **Bergen**  County | **Mailing address, if different from principal place of business**  **4 East 46 Street**  **3rd Floor**  **New York, NY 10017**  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  _____  Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ |

Official Form 201   **Voluntary Petition for Non-Individuals Filing for Bankruptcy**   page 1

Debtor **George Xenakis D.D.S., Palisades Park LLC**     Case number (*if known*) _____
    Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    **6212**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

Debtor    **George Xenakis D.D.S., Palisades Park LLC**    Case number (*if known*)
　　　　　Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____    Relationship _____
District _____    When _____    Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
　　What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
　　　Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.    Insurance agency _____
　　　　　Contact name _____
　　　　　Phone _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☒ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

☒ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 3

Debtor **George Xenakis D.D.S., Palisades Park LLC** _____ Case number (*if known*) _____
      Name

☐ $50,001 - $100,000          ☐ $10,000,001 - $50 million       ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million     ☐ More than $50 billion

Debtor **George Xenakis D.D.S., Palisades Park LLC**  Case number (*if known*)
Name

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **May 21, 2023**
MM / DD / YYYY

X **/s/ Dr. George Xenakis**                         **Dr. George Xenakis**
Signature of authorized representative of debtor     Printed name

Title **Managing Member**

**18. Signature of attorney**

X **/s/ Rocco A. Cavaliere, Esq.**                   Date **May 21, 2023**
Signature of attorney for debtor                     MM / DD / YYYY

**Rocco A. Cavaliere, Esq.**
Printed name

**Tarter Krinsky & Drogin LLP**
Firm name

**1350 Broadway**                                    475 Wall Street
**11th Floor**                                       Princeton, NJ 08540
**New York, NY 10018**
Number, Street, City, State & ZIP Code

Contact phone **(212) 216-8000**    Email address **rcavaliere@tarterkrinsky.com**

Bar number and State

# **RESOLUTION**

I Dr. George Xenakis, the sole manager of George Xenakis D.D.S., Palisades Park LLC, a New Jersey limited liability company ("Company"), hereby certify that the following resolutions were adopted in accordance with the requirements of the New Jersey Revised Uniform Limited Liability Company Act and that these resolutions have not been modified or rescinded and are still in full force and effect on the date hereof:

**RESOLVED**, that in the judgment of the sole manager, it is desirable and in the best interests of the Company that a petition be filed by the Company, seeking relief under the provisions of Subchapter V of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").

**RESOLVED**, that the Company is empowered and directed to execute and verify a petition and amendments thereto under Subchapter V of Chapter 11 of the Bankruptcy Code (the "Chapter 11 Case") and to cause the same to be filed in the United States Bankruptcy Court for the District of New Jersey

**RESOLVED**, that the law firm of Tarter Krinsky & Drogin LLP is hereby engaged as attorneys for the Debtor under a general retainer in the Chapter 11 Case, subject to any requisite bankruptcy court approval.

**RESOLVED**, that the Debtor shall from time to time designate Dr. George Xenakis, and any employees or agents (including counsel) designated by or directed by any such officers, be, and each hereby is, authorized, empowered and directed, in the name and on behalf of the Company, to execute and file and, to the extent necessary, direct Tarter Krinsky & Drogin LLP to execute and file all petition, schedules, motions, lists, applications, pleadings and other papers, and to take and perform any and all further acts and deeds which he or she deems necessary, proper or desirable in connection with the Chapter 11 Case, with a view to the successful prosecution of such case.

**RESOLVED**, that, any and all past actions heretofore taken by officers of the Company in the name and on behalf of the Debtor in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed, and approved.

**IN WITNESS WHEREOF**, I have set my hand this 21st day of May 2023.

    **George Xenakis D.D.S Palisades Park LLC**

    By: /s/ George Xenakis D.D.S._____
        Dr. George Xenakis,
        Sole Manager

**Fill in this information to identify the case:**

Debtor name: **George Xenakis D.D.S., Palisades Park LLC**

United States Bankruptcy Court for the: DISTRICT OF NEW JERSEY

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **May 21, 2023**        X **/s/ Dr. George Xenakis**
                                     Signature of individual signing on behalf of debtor

                                     **Dr. George Xenakis**
                                     Printed name

                                     **Managing Member**
                                     Position or relationship to debtor

Official Form 202             **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Fill in this information to identify the case:

Debtor name: **George Xenakis D.D.S., Palisades Park LLC**

United States Bankruptcy Court for the: **DISTRICT OF NEW JERSEY**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| ADP<br>1 ADP Blvd, MS 325<br>Roseland, NJ 07068 | 844-227-5237 | | | | | $10,300.00 |
| Bank Direct Capital Finance<br>150 North Field Drive<br>Suite 190<br>Lake Forest, IL 60045 | 877-226-5456 | | | | | $24,453.56 |
| Bank Direct Capital Finance<br>150 North Field Drive<br>Suite 190<br>Lake Forest, IL 60045 | 877-226-5456 | | | | | $4,766.02 |
| Dr. Robert Kudla<br>c/o Hill Wallach LLP<br>21 Roszel Road<br>P.O. Box 5226<br>Princeton, NJ 08540 | sswatski@hillwallach.com<br>609-734-6318 | | Unliquidated<br>Disputed | | | $740,931.00 |
| Hur, Lash & Choe LLP<br>600 Sylvan Avenue #109<br>Englewood Cliffs, NJ 07632 | rlash@hlnylaw.com<br>212-468-5591 | | | | | $80,356.00 |
| Kang Youl Lee, CPA, P.C.<br>303 5th Avenue #1207<br>New York, NY 10016 | 212-779-2410 | | | | | $1,500.00 |
| Travelers<br>P.O. Box 660317<br>Dallas, TX 75266 | 800-252-2268 | | | | | $77,947.02 |

Debtor **George Xenakis D.D.S., Palisades Park LLC**  Case number *(if known)*
 Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| UD 261(a) Broad Avenue c/o Joshua Lim Kim, Cho & Lim, LLC 460 Bergen Blvd., Suite 305 Palisades Park, NJ 07650 | joshualim@kcllawfirm.com 201-585-7422 | | | | | $0.00 |
| UDG Holdings c/o Joshua Lim Kim, Cho & Lim, LLC 460 Bergen Blvd., Suite 305 Palisades Park, NJ 07650 | joshualim@kcllawfirm.com 201-585-7422 | | | | | $0.00 |
| UDG Management LLC c/o Joshua Lim Kim, Cho & Lim, LLC 460 Bergen Blvd., Suite 305 Palisades Park, NJ 07650 | joshualim@kcllawfirm.com 201-585-7422 | | | | | $0.00 |
| Xenakis, George 4 East 46 Street New York, NY 10017 | | | | | | $0.00 |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
**District of New Jersey**

In re  **George Xenakis D.D.S., Palisades Park LLC**  Case No.
Debtor(s)  Chapter  **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept  $  **40,000.00**
   Prior to the filing of this statement I have received  $  **40,000.00**
   Balance Due  $  **0.00**

2. $ **1,738.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **All work reasonably necessary to prosecute the Debtor's Chapter 11 case, or otherwise preserve the Debtor's assets and assist Debtor in furtherance of a plan of reorganization.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **May 21, 2023** | **/s/ Rocco A. Cavaliere, Esq.** |
| *Date* | **Rocco A. Cavaliere, Esq.** |
| | *Signature of Attorney* |
| | **Tarter Krinsky & Drogin LLP** |
| | **1350 Broadway** |
| | **11th Floor** |
| | **New York, NY 10018** |
| | **(212) 216-8000  Fax: (212) 216-8001** |
| | **rcavaliere@tarterkrinsky.com** |
| | *Name of law firm* |

# United States Bankruptcy Court
### District of New Jersey

In re  **George Xenakis D.D.S., Palisades Park LLC**

Debtor(s)

Case No.

Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **George Xenakis** | | | 100% |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **May 21, 2023**

Signature  **/s/ Dr. George Xenakis**

**Dr. George Xenakis**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
**District of New Jersey**

In re  **George Xenakis D.D.S., Palisades Park LLC**
Debtor(s)

Case No.
Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **May 21, 2023**

**/s/ Dr. George Xenakis**
**Dr. George Xenakis**/**Managing Member**
Signer/Title

```
ADP
1 ADP Blvd, MS 325
Roseland, NJ 07068


Bank Direct Capital Finance
150 North Field Drive
Suite 190
Lake Forest, IL 60045


Dr. Robert Kudla
c/o Hill Wallach LLP
21 Roszel Road
P.O. Box 5226
Princeton, NJ 08540


Hur, Lash & Choe LLP
600 Sylvan Avenue
#109
Englewood Cliffs, NJ 07632


Kang Youl Lee, CPA, P.C.
303 5th Avenue
#1207
New York, NY 10016


Travelers
P.O. Box 660317
Dallas, TX 75266


UD 261(a) Broad Avenue
c/o Joshua Lim
Kim, Cho & Lim, LLC
460 Bergen Blvd., Suite 305
Palisades Park, NJ 07650


UDG Holdings
c/o Joshua Lim
Kim, Cho & Lim, LLC
460 Bergen Blvd., Suite 305
Palisades Park, NJ 07650


UDG Management LLC
c/o Joshua Lim
Kim, Cho & Lim, LLC
460 Bergen Blvd., Suite 305
Palisades Park, NJ 07650
```

```
Xenakis, George
4 East 46 Street
New York, NY 10017
```

# United States Bankruptcy Court
## District of New Jersey

In re **George Xenakis D.D.S., Palisades Park LLC**  
Debtor(s)

Case No.  
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **George Xenakis D.D.S., Palisades Park LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**May 21, 2023**  
Date

**/s/ Rocco A. Cavaliere, Esq.**  
**Rocco A. Cavaliere, Esq.**  
Signature of Attorney or Litigant  
Counsel for **George Xenakis D.D.S., Palisades Park LLC**  
**Tarter Krinsky & Drogin LLP**  
**1350 Broadway**  
**11th Floor**  
**New York, NY 10018**  
**(212) 216-8000 Fax:(212) 216-8001**  
**rcavaliere@tarterkrinsky.com**